AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DR. WILLIAM P. GRESS,
on behalf of plaintiff and
the class members defined herein

CASE NUMBER: 19-cv-5623

V.

ASSIGNED JUDGE: Hon. Rebecca R. Pallmeyer

ADVANTAGE BUSINESS CAPITAL, INC.,
and JOHN DOES 1-10

DESIGNATED
MAGISTRATE JUDGE: Hon. Sheila Finnegan

TO: (Name and address of Defendant)

ADVANTAGE BUSINESS CAPITAL, INC.
c/o WAYNE COOKER, REGISTERED AGENT
4605 POST OAK PLACE DRIVE #105
HOUSTON, TEXAS 77027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

August 21, 2019

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 28, 2019 at 3:00 PM |
| NAME OF SERVER (PRINT)<br>Charles Wright | TITLE<br>Process Server PSC# 2779 Exp. 5-31-2020 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 4605 Post Oak Place Dr. Ste. 105, Houston, TX 77027 White Male, 60yrs, 220lbs, Gray Hair

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Documents Served: Summons, Complaint, Exhibits A-B
Description of Person Served: White Male, 50's, 6'1", 220lbs, Gray Hair, Blue Eyes

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-28-2019         *Signature of Server*
         Date

945 McKinney #245, Houston, TX 77002
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.