IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM P. GRESS, ) <br> on behalf of plaintiff and ) <br> the class members defined herein, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> ADVANTAGE BUSINESS CAPITAL, INC., ) <br> and JOHN DOES 1-10, ) <br>  ) <br> Defendants. ) | 19 C 5623 <br><br> Judge Pallmeyer <br> Magistrate Judge Finnegan |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), plaintiff Dr. William P. Gress voluntarily dismisses his individual claims against defendant Advantage Business Capital, Inc. without prejudice and without costs. Plaintiff Dr. William P. Gress voluntarily dismisses his class claims against defendant Advantage Business Capital, Inc. without prejudice and without costs. Plaintiff Dr. William P. Gress voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on September 19, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

    Mason N. Floyd - mfloyd@clarkhill.com
    Maureen J. Moody - mmoody@clarkhill.com
    CLARK HILL PLC
    130 East Randolph Street, Suite 3900
    Chicago, IL 60601

                                                  s/ Heather Kolbus
                                                  Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200